**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 14, 2022

**BY CM/ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Almighty Ward, et al.*, 22 Cr. 47 (KMK)

Dear Judge Karas:

The Government respectfully writes, with the consent of the defendants, to request an adjournment of the next pretrial conference in this matter, currently scheduled for November 16, 2022.

As the Court is aware, the parties were all last before the Court on June 16, 2022 for a pretrial conference. Since that appearance, the Government has produced all of the Rule 16 discovery in its possession and has discussed potential pretrial resolutions with the defendants. Based on the above and because defendants need additional time to review the discovery, the Government believes that an adjournment of the next pretrial conference for approximately 45 days will serve the ends of justice and conserve judicial resources as the parties continue to review discovery while also discussing potential pretrial resolutions.

Should the Court grant the adjournment, the Government further respectfully requests, without objection from the defendants, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from November 16, 2022 through the date of the rescheduled pretrial conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial because it would allow (i) defense counsel time to continue reviewing discovery; and (ii) allow continued discussions regarding potential pretrial resolutions.

Case 7:22-cr-00047-KMK   Document 34   Filed 11/14/22   Page 2 of 2
Case 7:22-cr-00047-KMK   Document 35   Filed 11/15/22   Page 2 of 2

Page 2

Accordingly, the Government respectfully encloses a proposed order excluding time.

Granted. The 11/16/22 conference is adjourned to 1/ 11 /23, at 11:30

So Ordered.

*[signature]*

11/14/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Jennifer N. Ong/Nicholas S. Bradley
Assistant United States Attorneys
(914) 993-1926/(212) 637-1581

cc: Counsel of Record (by CM/ECF)