**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

50 Main Street, Suite 1100
White Plains, New York 10606

April 25, 2023

**BY CM/ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Almighty Ward, et al.*, 22 Cr. 47 (KMK)

Dear Judge Karas:

The Government respectfully writes, with the consent of the defendants, to request an adjournment of the next pretrial conference in this matter, currently scheduled for May 4, 2023.

As the Court is aware, the parties were last before the Court on June 16, 2022 for a pretrial conference. Since that appearance, the Government has produced all of the Rule 16 discovery in its possession and has discussed potential pretrial resolutions with the defendants. Additionally, on December 14, 2022, Justice Jackson, Tyrell Simon, and Markell Williams were arraigned on racketeering and other charges in a separate indictment, *United States v. Jeremy Williams, et al.*, 22 Cr. 641 (PMH). The next scheduled conference in *Williams* is on July 21, 2023. Based on the above, the parties believe that an adjournment of the next pretrial conference until after the *Williams* status conference on July 21, to be scheduled at the Court's discretion, will serve the ends of justice and conserve judicial resources as the parties continue to review discovery in the above-referenced case and in *Williams*, and discuss potential pretrial resolutions in both cases.

Should the Court grant the adjournment, the Government further respectfully requests, without objection from the defendants, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from May 4, 2023 through the date of the rescheduled pretrial conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial because it would allow (i) defense

Case 7:22-cr-00047-KMK   Document 54   Filed 04/25/23   Page 2 of 2
Case 7:22-cr-00047-KMK   Document 53   Filed 04/25/23   Page 2 of 2

Page 2

counsel time to continue reviewing discovery; and (ii) continued discussions regarding potential pretrial resolutions.

Accordingly, the Government respectfully encloses a proposed order excluding time.

Denied. The Conference will go forward as scheduled.

So Ordered.

4/25/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys
(914) 993-1926
(914) 993-1953
(212) 637-1581

cc: Counsel of Record (by CM/ECF)