# StradleyRonon

100 Park Avenue
Suite 2000
New York, NY 10017
T: 212.812.4124

**Steven Feldman**
Partner
sfeldman@stradley.com
212.404.0659

April 7, 2026

<u>**Via ECF**</u>

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York

Re:    *United States v. Almighty Ward*, 22 Cr. 47 (KMK)

Dear Judge Karas:

We are counsel for defendant Almighty Ward in the above-referenced matter. Mr. Ward's sentencing is scheduled for May 5, 2026. Accordingly, Mr. Ward's sentencing submission is currently due on April 21, 2026, and the Government's sentencing submission is due on April 28, 2026. We write with the consent of the Government to request that the Court permit the parties to switch the order of the sentencing submissions so that the Government will submit its sentencing submission first on April 21, 2026, and Mr. Ward will submit his sentencing submission on April 28, 2026. This will permit Mr. Ward to review and potentially cite the Government's sentencing submission in his own submission.

If this is acceptable, we respectfully request that the Court "So Order" this application.

Granted.

So Ordered,

4/7/26

Respectfully submitted,

s/ Steven D. Feldman

Steven D. Feldman
Partner

cc: All Counsel (via ECF)

Stradley Ronon Stevens & Young, LLP | stradley.com
Chicago | Los Angeles | New York | Philadelphia | Washington, D.C.

8543503